(December 10, 1964)

■ . .Patricia A. Mavity, Appellant, v. Darlene R. Wehner et al., Respondents. Ronald A. Mavity, an Infant, by His Guardian ad Litem, Herbert .Mavity,. Appellant, v. Darlene R. Wehner et al., Respondents. Judith L. Mavity, an Infant, by Her Guardian ad Litem, Herbert Mavity, Appellant, v. Darlene R. Wehner et al., Respondents. Herbert Mavity, Appellant, v. Darlene R. Wehner et al., Respondents.— Order unanimously affirmed, without costs of this appeal· to either party. Memorandum: In affirming the denial .of a motion to suppress a statement obtained by a private person in .violation of· section 270-b of the Penal Law we also desire to point out that .there is no statutory ·provision for this motion. As to the admissibility of the· statement in question (see *Sackler* v. *Sackler*, 15 N Y 2d 40; *Neff* v. *Franklinville Roofing Co.*, 308 N. Y. 946; *Bloodgood* v. *Lynch*, 293 N. Y. 308; *Matter of Thanhauser* v. *Milprint, Inc.*, 9 A D 2d 833). (Appeal from

order of Monroe Special Term denying plaintiffs' motion to suppress a statement given defendants by plaintiff, Patricia A. Mavity.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.